**[DO NOT PUBLISH]**

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 3, 2005
THOMAS K. KAHN
CLERK

**No. 05-14524**
**Non-Argument Calendar**

D. C. Docket No. 04-00494-CV-FTM-33SPC

MICHAEL F. FAGAN,

Plaintiffs-Appellant,

versus

CITY OF MARCO ISLAND,
A. WILLIAM MOSS,
individually,
ROGER REINKE,
individually,

Defendants-Appellees.

**Appeal from the United States District Court**
**for the Middle District of Florida**

**(November 3, 2005)**

**Before TJOFLAT, CARNES and PRYOR, Circuit Judges.**

PER CURIAM:

In this case, the district court, dismissing appellant's claims, held that appellant's allegations failed to state a claim under the First and Fourteenth Amendments  allegations for the infringement of appellant's rights of free speech and freedom of association.  Appellant now appeals the court's rulings.  For the reasons stated in the district court's dispositive order of July 15, 2005, we agree that appellant's allegations fail to state a claim for the infringement of either rights—free speech or freedom of association.

**AFFIRMED.**